UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
JAHSHAE STEWART,                      :
                                      :
                    Plaintiff,        :    19cv4617 (DLC)
                                      :
          -v-                         :    ORDER
                                      :
LURLINE BAY, LLC (d/b/a HARBOUR       :
OUTDOOR), and EXCEL HR SERVICES, LLC, :
                                      :
                    Defendants.       :
                                      :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2019

DENISE COTE, District Judge:

On October 25, 2019, defendant Excel HR Services, LLC ("Excel") filed a motion to dismiss Count Ten of the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On November 14, the plaintiff filed a first amended complaint. Accordingly, it is hereby

ORDERED that the Excel's October 25 motion shall be terminated as moot.


SO ORDERED:

Dated:    New York, New York
          November 15, 2019

                              _____
                                    DENISE COTE
                              United States District Judge